THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Marcus Allen Green, Appellant.
 
 
 

Appeal From Richland County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2012-UP-272
 Submitted March 1, 2012  Filed May 2,
2012    

AFFIRMED

 
 
 
 Appellate Defender Tristan Shaffer, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Attorney General Mark R. Farthing, and Solicitor Daniel E.
 Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Marcus
 Allen Green appeals his ninety-year sentence for his guilty plea to two counts
 of armed robbery, two counts of kidnapping, first-degree burglary, first-degree
 criminal sexual conduct (CSC), assault with intent to commit CSC, and
 safecracking.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v.
 Hamilton,  333 S.C. 642, 648, 511 S.E.2d 94, 96-97 (Ct. App. 1999)
 (finding an issue must be raised to and ruled upon by the trial court to be
 preserved for review and a new argument cannot be raised for the first time in
 a motion for reconsideration).  
AFFIRMED.
FEW, C.J., and
 HUFF and SHORT, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.